Order Issued October 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01141-CR

**JIMMY SOL BOOKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 16390**

# ORDER

The Court has before it appellant Jimmy Sol Booker's motion for inclusion in the appellate record of supplemental records submitted by the District Clerk of Kaufman County, Texas. The supplemental clerk's record was filed with this Court on October 9, 2012. Accordingly, we **DENY** appellant's motion as **MOOT**.

JIM MOSELEY
PRESIDING JUSTICE